IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DELORES MILLER, | } | Civil Action 1:13-cv-834 |
| Plaintiff, | } } | JUDGE: CHRISTOPHER BOYKO |
| v. | } } | |
| ENHANCED RECOVERY COMPANY, LLC, | } } } | |
| Defendant. | } | |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses her case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville

_____

J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff