# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DELORES MILLER, | } | Civil Action 1:13-cv-834 |
| Plaintiff, | } } } | JUDGE: CHRISTOPHER BOYKO |
| v. | } } | |
| ENHANCED RECOVERY COMPANY, LLC, | } } } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS  12th  day of June, 2013.

                                              s/ Christopher A. Boyko

                                              Judge Christopher Boyko